1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JOHN H. HEMANN (CABN 165823)
   Assistant United States Attorney
5
       450 Golden Gate Ave., Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7200
7      Fax: (415) 436-7234
       E-Mail: john.hemann@usdoj.gov
8
   Attorneys for Plaintiff
9

FILED

JUN X 4 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,       )   No. 3 12 70622
                                    )
15         Plaintiff,                )   STIPULATION AND [PROPOSED]
                                    )   ORDER EXTENDING TIME PURSUANT
16    v.                             )   TO FED. R. CRIM. P. 5.1 AND 18 U.S.C.
                                    )   § 3161(h)
17  ALFREDO CETZAL-KUYOC,           )
                                    )
18         Defendant.                )
                                    )
19  _____  )

20      The parties, by and through counsel, stipulate and agree as follows:

21      1. The time limits in Fed. R. Crim. P. 5.1(c) shall be extended to and until June 27, 2012.

22      2. Counsel for the United States and the defendant wish to exchange certain discovery,

23  and to meet and confer prior to Indictment to discuss a potential resolution of the case. Counsel

24  for the defendant believes based on the pending charges that it is in the best interest of the

25  defendant to do so and requires additional time to review the discovery and consult with the

26  defendant; counsel for the government believes that it is in the interests of justice to do so. The

27  parties agree that extending the time limits of Rule 5.1 serves the ends of justice and outweigh

28  the interests of the public and the defendant in a speedy trial, and that failing to extend the time

STIPULATION AND [PROPOSED] ORDER
Case No. C 12 70622

1  limits would deny counsel for the government and the defendant the reasonable time necessary
2  for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §
3  3161(h)(7).
4      3. The next court appearance in this case shall be June 27, 2012, at 9:30 am, for
5  preliminary hearing or indictment. The parties may seek further extension of the time limits in
6  Rule 5.1(c) by stipulation.
7      SO STIPULATED AND AGREED,

9  DATED: 6/4/12                MELINDA HAAG
                                United States Attorney

                                JOHN H. HEMANN
                                Assistant United States Attorney

14 DATED: 6/4/12
                                DANIEL BLANK
                                Counsel for Alfredo Cetzal-Kuyoc

17                              [PROPOSED] ORDER

18  Pursuant to stipulation, Fed. R. Crim. P. 5.1, and 18 U.S.C. § 3161(h)(7), IT IS SO
19 ORDERED.

21 DATED: 6/4/12
                                NATHANAEL COUSINS
                                United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
Case No. C 12 70622