1  STEVEN G. KALAR
   Federal Public Defender
2  BRANDON M. LeBLANC
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone:  (415) 436-7700
5
   Counsel for Defendant Alfredo Cetzal-Kuyoc
6

7                    IN THE UNITED STATES DISTRICT COURT
8
                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10

11  UNITED STATES OF AMERICA,        )   No. CR 12-0525 EMC
                                     )
12              Plaintiff,           )
                                     )   **STIPULATION AND [PROPOSED]**
13      v.                           )   **ORDER TO CONTINUE SENTENCING**
                                     )   **HEARING**
14  ALFEDO CETZAL-KUYOC,             )
                                     )
15              Defendant.           )
    _____)
16

17        The parties jointly request that, subject to the Court's approval, the sentencing hearing

18  presently set for December 19, 2012, be continued to January 30, 2013, at 2:30 p.m.

19        On October 3, 2012, defendant Alfredo Cetzal-Kuyoc pleaded guilty pursuant to a plea

20  agreement to a two-count Information charging him with the Receipt and Distribution of Child

21  Pornography, in violation of 18 U.S.C. § 2252(a)(2), and Possession of Child Pornography, in

22  violation of 18 U.S.C. § 2252(a)(4)(B).  Following Mr. Cetzal-Kuyoc's change of plea, the Court

23  scheduled December 19, 2012, for the sentencing hearing.

24        However, in order to adequately prepare for Mr. Cetzal-Kuyoc's sentencing hearing, the

25  parties hereby jointly request that the sentencing hearing be continued to January 30, 2013, at

26  2:30 p.m.  The United States Probation Officer assigned to this case, Charlie Mabie, has no

1   objection to this request.

2          IT IS SO STIPULATED.

3

4   DATED: November 26, 2012                    _____
                                                /s
5                                               JOHN HEMANN
                                                Assistant United States Attorney
6

7   DATED: November 26, 2012                    _____
                                                /s
8                                               BRANDON M. LeBLANC
                                                Assistant Federal Public Defender
9

10                                **[PROPOSED] ORDER**

11

12          IT IS SO ORDERED.

13

14   _____                   _____
     11/27/12
15   DATED                                      EDWARD M. CHEN
                                                United States District Judge
16

17

18

19

20

21

22

23

24

25

26